UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LISA GANN,<br><br>                Plaintiff,<br><br>vs.<br><br>DYNAPLINT SYSTEMS, INC., etc., *et al.*,<br><br>                Defendant. | 2:11-cv-1566-GMN-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on December 29, 2011, February 29, 2012, and April 29, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  8th  day of December, 2011.

                                                                           ROBERT J. JOHNSTON<br>
                                                                           United States Magistrate Judge