# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LISA GANN, | |
| Plaintiff, | Case No. 2:11-cv-001566-GMN-NJK |
| vs. | ORDER RESCHEDULING A SETTLEMENT CONFERENCE |
| DYNASPLINT SYSTEMS, INC., | |
| Defendant. | |

This matter was referred to the undersigned Magistrate Judge for purposes of conducting a settlement conference, *see* Docket No. 34, which was scheduled to be held on March 15, 2013, Docket No. 35. The Court has received a request by Plaintiff's counsel that the conference be continued due to a conflicting trial schedule. Accordingly, the settlement conference is continued to **April 3, 2013 at 9:30 a.m.**, on the sixth floor, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. Counsel shall check in with Chambers (6th floor, Suite 6202) upon their arrival at the courthouse. The parties must abide by all requirements outlined in Docket No. 35, except that their settlement statements shall be delivered to chambers no later than **March 27, 2013**.

IT IS SO ORDERED.

DATE: February 28, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge